377 A.2d 182

Commonwealth v. Murray, Appellant.

Submitted February 23, 1976. William Bachmann and John W. Packel, Assistant Defenders, for appellant; Sandy L. Byrd and Deborah E. Glass, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 182

Commonwealth v. Newton, Appellant.

Submitted September 13, 1976. Richard N. Beltzner, Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.